UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OWEN JAMES YARBOROUGH, 325665, | ) ) ) | |
| Petitioner, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:12-CV-2720-G (BF) |
| LONE EVENS and RIM CURRY, | ) ) | |
| Respondents. | ) | |

### ORDER

After making the review required by 28 U.S.C. § 636(b), the court finds that the findings, conclusions and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

September 21, 2012.

_____
**A. JOE FISH**
**Senior United States District Judge**